# FEDERAL PUBLIC DEFENDER

**E-FILING**

Northern District of California
San Jose Division
160 West Santa Clara Street
Suite #575
San Jose California 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone: (408)291-7753
FAX: (408)291-7399

August 21, 2008

Patricia V. Trumbull
U.S. Magistrate Judge
280 South First Street
San Jose, CA 95113

CR08-90424 MISC

RE: <u>Kristy Michelle Castro</u>

Dear Judge Trumbull:

    Our office has been contacted by Kristy Michelle Castro. Ms. Castro was served with a search warrant on her property by federal agents regarding a check counterfeiting ring going on over seas. Ms. Castro has requested assistance from the Federal Public Defender. She has completed a financial affidavit. It is enclosed for your review.

    Enclosed is a proposed order appointing the Federal Public Defender. If you have any comments or questions, please contact Nicholas Humy or Manuel Araujo. Thank you for your attention to this matter.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

SUSIE F. BARRERA
Legal Secretary

/sfb
Encl.1