E-FILING

FILED
AUG 22 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
KRISTY MICHELLE CASTRO,
    Defendant.

No. CR08-90424 MISC

[PROPOSED] ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Federal Public Defender shall be appointed to represent Kristy Michelle Castro, precharge.

DATED: 8/22, 2008

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge

CJA 23 submitted

1